# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| **JEANNE CHASE, ET AL.** | * | **CIVIL ACTION NO. 08-0087** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **STANDARD ENTERPRISES, INC.** | * | **MAG. JUDGE KAREN L. HAYES** |

## REPORT AND RECOMMENDATION

On April 16, 2009, the undersigned magistrate judge granted plaintiff, Jeanne Chase, 30 days to obtain counsel to represent her in this matter. (Apr. 16, 2009, Order [doc. # 29]). On May 28, 2009, the undersigned granted plaintiff an extension of time until June 26, 2009, to obtain counsel or to notify the court that she intended to proceed pro se (i.e. represent herself without counsel). (May 28, 2009, Electronic Minutes and Order [doc. # 33]). However, plaintiff failed to comply with the order and has not otherwise sought an extension of time. Accordingly, on July 7, 2009, the court ordered plaintiff to show cause, in writing, on or before the 22nd day of July 2009, why her claims should not be dismissed with prejudice for failing to comply with an order of this court in accordance with the provisions of FRCP Rule 41(b). This period has since lapsed, and no response has been filed by plaintiff.

## LAW AND ANALYSIS

Federal Rules of Civil Procedure Rule 41(b) permits dismissal of claims "[f]or failure of the plaintiff to prosecute or to comply with ... any order of court..." The district court also has the inherent authority to dismiss an action *sua sponte*, without motion by a defendant. *Link v. Wabash R.R.Co.*, 370 U.S. 626, 630-31, 82 S.Ct. 1386, 1388-89 (1962). "The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and

to avoid congestion in the calendars of the [d]istrict [c]ourts." *McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir.1988).

In light of plaintiff's repeated failure to comply with, or respond to court orders,

**IT IS RECOMMENDED** that all claims filed by plaintiff, Jeanne Chase, in this matter be **DISMISSED WITH PREJUDICE** in accordance with the provisions of FRCP Rule 41(b).

Under the provisions of 28 U.S.C. §636(b)(1)(C) and FRCP Rule 72(b), the parties have **ten (10) business days** from service of this Report and Recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within **ten (10) business days** after being served with a copy thereof. A courtesy copy of any objection or response or request for extension of time shall be furnished to the District Judge at the time of filing. Timely objections will be considered by the District Judge before he makes a final ruling.

**A PARTY'S FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN TEN (10) BUSINESS DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT ON GROUNDS OF PLAIN ERROR, FROM ATTACKING ON APPEAL THE UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE.**

THUS DONE AND SIGNED in Chambers at Monroe, Louisiana, this 30th day of July 2009.

KAREN L. HAYES
U. S. MAGISTRATE JUDGE