RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 8/24/09
BY ___

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| JEANNE CHASE, ET AL. | CIVIL ACTION NO. 08-0087 |
|---|---|
| VERSUS | JUDGE ROBERT G. JAMES |
| STANDARD ENTERPRISES, INC. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons set forth in this Court's Memorandum Ruling, and for the reasons set forth in the Report and Recommendation of the Magistrate Judge [Doc. No. 35], which this Court ADOPTS,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Jeanne Chase's claims are DISMISSED WITH PREJUDICE for failure to comply with or respond to the Court's orders. *See* FED. R. CIV. P. 41(b).

MONROE, LOUISIANA, this 24 day of August, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE